DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ANGELA M. COLLINS,

Appellant,

v.

CITY OF PINELLAS PARK,

Appellee.

No. 2D2023-1810

————————————————

June 14, 2024

Appeal from the Circuit Court for Pinellas County; Cynthia Newton, Judge.

Angela M. Collins, pro se.

Jay Daigneault of Trask Daigneault, LLP, Clearwater, for Appellee.

PER CURIAM.

    Affirmed.

SLEET, C.J., and VILLANTI and KHOUZAM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.